**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
<u>**CIVIL MINUTES – GENERAL**</u>

Case No.  8:20-cv-01897-MEMF-KESx                              Date:  December 9, 2024

Title:  Boss Consulting Inc v. Terminator Armor, Inc., et al.

PRESENT:
<u>        THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE        </u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:           ATTORNEYS PRESENT FOR DEFENDANT:
          None Present                                                                                   None Present

**PROCEEDINGS (IN CHAMBERS):**    **ORDER to Show Cause why Attorney Nehoray Should Not be Sanctioned for Violating a Court Order**

     Attorney Mac E. Nehoray is counsel of record for four defendants in this action.  On November 20, 2024, Magistrate Judge Scott entered an Order Scheduling Settlement Conference. (Dkt. 158.)  Per that order, all counsel were required to (1) submit settlement conference briefs by December 9 at 10 a.m. and (2) attend a pre-settlement conference call on December 9 at 11 a.m.

     The Court did not receive a brief from Attorney Nehoray on behalf of his clients, and he did not call in to the pre-settlement conference call.  Therefore, Attorney Nehoray is ordered to show cause, if any he has, why he should not be sanctioned for violating the Court's order. He is ordered to appear in person in **Courtroom 6D on December 18, 2024, at 9:30 am** to show cause.

 

                                                                   Initials of Deputy Clerk <u>JD</u>