UINITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSS CONSULTING, INC., | Case No. 8:20-cv-01897-MEMF-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TERMINATOR ARMOR, INC., an Arizona corporation; BOURQUE INDUSTRIES, INC., a Nevada corporation; JOHN M. BOURQUE, an individual; CAROL J. CONDON, an individual; REDSTONE INVESTMENT GROUP, LLC, an entity; AARON M. MCKOWN, an individual; AARON M. MCKOWN, P.A., an entity; and OHANA CAPITAL FINANCIAL, an entity, | |
| Defendants. | |
| REDSTONE ADVISORY TRUST, a Texas Trust; and AARON M. McKOWN P.A., a Florida corporation, | |
| Cross-Claimants | |
| v. | |
| TERMINATOR ARMOR, INC., an Arizona corporation; BOURQUE INDUSTRIES, INC., a Nevada corporation; JOHN M. BOURQUE, an individual; CAROL J. CONDON, an individual; OHANA CAPITAL FINANCIAL, INC. a Utah corporation; | |

| | |
|---|---|
| 1 | Cross-Defendants. |
| | REDSTONE ADVISORY TRUST, a Texas Trust; and AARON M. McKOWN P.A., a Florida corporation, |
| 2 | |
| 3 | |
| 4 | Third-Party-Plaintiffs |
| 5 | v. |
| 6 | KRYRON CORPORATION, an Arizona corporation; BOURQUE SUB 3, INC., an Arizona corporation; ROBERT KILLION, an individual; TRILITHON SANITATION, INC. a Utah corporation; SEMISI "JAMES" NIU aka JOHN TAUFA aka SIONE TAUFA, an individual; JAMES EVANS, an individual, HIGHRHEALTH, LLC, a Louisiana limited liability company; and LONNAHEGGELUND, an individual, |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Third-Party-Defendants. |

On June 5, 2025, the Court entered an Order **DISMISSING** the only cause of action asserted against Defendant Redstone Advisory Trust (erroneously sued as Redstone Investment Group, LLC) ("Redstone").

The Court ordered that "[i]f Boss does not file an amended complaint within thirty (30) days of this Order, only its other, non-dismissed causes of action will remain as its causes of action." ECF No. 179. Boss did not file an amended complaint within the time afforded.

In light of the fact that all claims against Redstone are now dismissed and all claims asserted by Redstone have been dismissed (ECF Nos. 137, 170), the Court finds that there is no just reason to delay entry of judgment in favor of Redstone and against Boss.

Judgment is accordingly entered in favor of the Redstone and against Boss.

**IT IS SO ORDERED.**

Dated: July 28, 2025

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge